# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                                    §
                                          §
BRANTNER, MARTIN D                        §    Case No. 10-70582
BRANTNER, NADEAN C                        §
                                          §
                  Debtor(s)               §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/11/2010 . The undersigned trustee was appointed on 02/11/2010 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 10,500.83 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 0.00 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 10,500.83 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/26/2011 and the deadline for filing governmental claims was 01/26/2011 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,800.08 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,800.08 , for a total compensation of $ 1,800.08 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/17/2011            By:/s/DANIEL M. DONAHUE
                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 10-70582   MLB   Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | BRANTNER, MARTIN D | Date Filed (f) or Converted (c): | 02/11/10 (f) |
| | BRANTNER, NADEAN C | 341(a) Meeting Date: | 03/18/10 |
| For Period Ending: | 02/17/11 | Claims Bar Date: | 01/26/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 27 Acres | 0.00 | 0.00 | DA | 0.00 | FA |
| 2. Primary Residence | 0.00 | 0.00 | DA | 0.00 | FA |
| 3. TimeShare (Surrendered) | 0.00 | 0.00 | DA | 0.00 | FA |
| 4. Cash on Hand | 20.00 | 0.00 | DA | 0.00 | FA |
| 5. Checking Account Alpine Bank | 400.00 | 0.00 | DA | 0.00 | FA |
| 6. Checking Account # xxxx 442 Associated Bank | 500.00 | 0.00 | DA | 0.00 | FA |
| 7. Savings Account # 1891-01 Rockford Postal Credit U | 25.00 | 0.00 | DA | 0.00 | FA |
| 8. Misc. household goods and furnishings | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 9. Misc. Coin Collection | 350.00 | 0.00 | DA | 0.00 | FA |
| 10. Misc. Clothing | 500.00 | 0.00 | DA | 0.00 | FA |
| 11. Misc. Jewelry, i.e., Pearl Necklace, Wedding Rings | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 12. Guns. (2) 12 Gauge & 20 Gauge and Pistol | 500.00 | 0.00 | DA | 0.00 | FA |
| 13. Life Insurance Policy New York Life | 2,370.84 | 0.00 | DA | 0.00 | FA |
| 14. Retirement Account T.RowePrice State of Illinois | 3,956.91 | 0.00 | DA | 0.00 | FA |
| 15. Stock Investment OppenheimerFunds | 173.80 | 0.00 | DA | 0.00 | FA |
| 16. College Bonds - Both for $5,000 each, maturity is | 10,000.00 | 8,685.00 | | 8,685.00 | FA |
| 17. 1997 - Chevy Camaro | 2,175.00 | 0.00 | DA | 0.00 | FA |
| 18. Income Tax Refund (u) | 0.00 | 1,815.00 | | 1,815.00 | FA |
| 19. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.83 | FA |
| TOTALS (Excluding Unknown Values) | $25,471.55 | $10,500.00 | | $10,500.83 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1 UST Form 101-7-TFR (10/1/2010) (Page: 3)

Ver: 16.01c

Page: 2
Exhibit A

Ver: 16.01c

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 10-70582 MLB Judge: MANUEL BARBOSA
Case Name: BRANTNER, MARTIN D
BRANTNER, NADEAN C

Trustee Name: DANIEL M. DONAHUE
Date Filed (f) or Converted (c): 02/11/10 (f)
341(a) Meeting Date: 03/18/10
Claims Bar Date: 01/26/11

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR): 09/01/11    Current Projected Date of Final Report (TFR): 09/01/11

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-70582 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | BRANTNER, MARTIN D | Bank Name: | BANK OF AMERICA, N.A. |
|  | BRANTNER, NADEAN C | Account Number / CD #: | *******3273 MONEY MARKET |
| Taxpayer ID No: | *******4729 |  |  |
| For Period Ending: | 02/17/11 | Blanket Bond (per case limit): | $ 1,500,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 10/26/10 | 16 | FIDELITY BROKERAGE SERVICES |  | 1129-000 | 4,617.04 |  | 4,617.04 |
| 10/26/10 | 16 | MARTIN & NADEAN BRANTNER | COLLEGE FUND | 1129-000 | 4,067.96 |  | 8,685.00 |
| 10/26/10 | 18 | MARTIN & NADEAN BRANTNER | INCOME TAX REFUND | 1224-000 | 1,815.00 |  | 10,500.00 |
| 10/29/10 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 |  | 10,500.02 |
| 11/30/10 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.27 |  | 10,500.29 |
| 12/31/10 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.27 |  | 10,500.56 |
| 01/31/11 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.27 |  | 10,500.83 |

```
                               COLUMN TOTALS              10,500.83        0.00      10,500.83
                    Less: Bank Transfers/CD's                   0.00        0.00
                         Subtotal                         10,500.83        0.00
                    Less: Payments to Debtors                               0.00
                         Net                              10,500.83        0.00

                                                                         NET         ACCOUNT
            TOTAL - ALL ACCOUNTS            NET DEPOSITS   DISBURSEMENTS  BALANCE
            MONEY MARKET - *******3273         10,500.83        0.00      10,500.83

                                                10,500.83        0.00      10,500.83

                                            (Excludes Account  (Excludes Payments  Total Funds
                                               Transfers)       To Debtors)        On Hand
```

Page Subtotals    10,500.83    0.00

UST Form 101-7-TFR (10/1/2010) (Page: 5)

Ver: 16.01c

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

| Case Number: 10-70582 | | Page 1 | | Date: February 17, 2011 |
| Debtor Name: BRANTNER, MARTIN D | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3110-00 | MCGREEVY WILLIAMS | Administrative | | $3,213.00 | $0.00 | $3,213.00 |
| 001 3120-00 | MCGREEVY WILLIAMS | Administrative | | $77.00 | $0.00 | $77.00 |
| 000001 070 7100-00 | Roundup Funding, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | Unsecured | | $4,135.39 | $0.00 | $4,135.39 |
| 000002 070 7100-00 | Roundup Funding, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | Unsecured | | $3,450.83 | $0.00 | $3,450.83 |
| 000003 070 7100-00 | eCAST Settlement Corporation, assignee of Capital One Bank POB 35480 Newark, NJ 07193-5480 | Unsecured | | $829.74 | $0.00 | $829.74 |
| 000004 070 7100-00 | eCAST Settlement Corporation, assignee of HSBC Bank Nevada and its Assigns POB 35480 Newark, NJ 07193-5480 | Unsecured | | $874.14 | $0.00 | $874.14 |
| 000005 070 7100-00 | eCAST Settlement Corporation, assignee of Capital One Bank POB 35480 Newark, NJ 07193-5480 | Unsecured | | $1,031.44 | $0.00 | $1,031.44 |
| 000006 070 7100-00 | eCAST Settlement Corporation, assignee of GE Money Bank Sam's Club POB 35480 Newark, NJ 07193-5480 | Unsecured | | $598.57 | $0.00 | $598.57 |
| 000007 070 7100-00 | eCAST Settlement Corporation, assignee of GE Money Bank Sam's Club POB 35480 Newark, NJ 07193-5480 | Unsecured | | $705.10 | $0.00 | $705.10 |
| 000008 070 7100-00 | eCAST Settlement Corporation, assignee of Capital One Bank POB 35480 Newark, NJ 07193-5480 | Unsecured | | $1,600.91 | $0.00 | $1,600.91 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Case Number: 10-70582
Debtor Name: BRANTNER, MARTIN D
Page 2
Claim Class Sequence
Date: February 17, 2011

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000009 070 7100-00 | eCAST Settlement Corporation, assignee of Capital One Bank POB 35480 Newark, NJ 07193-5480 | Unsecured | | $891.84 | $0.00 | $891.84 |
| 000010 070 7100-00 | eCAST Settlement Corporation, assignee of HSBC Bank Nevada and its Assigns POB 35480 Newark, NJ 07193-5480 | Unsecured | | $1,966.08 | $0.00 | $1,966.08 |
| 000011 070 7100-00 | eCAST Settlement Corporation, assignee of HSBC Bank Nevada and its Assigns POB 35480 Newark, NJ 07193-5480 | Unsecured | | $1,192.63 | $0.00 | $1,192.63 |
| 000012 070 7100-00 | eCAST Settlement Corporation, assignee of HSBC Bank Nevada and its Assigns POB 35480 Newark, NJ 07193-5480 | Unsecured | | $4,154.40 | $0.00 | $4,154.40 |
| 000013 070 7100-00 | eCAST Settlement Corporation, assignee of GE Money Bank JC Penney Consumer POB 35480 Newark, NJ 07193-5480 | Unsecured | | $802.61 | $0.00 | $802.61 |
| 000014 070 7100-00 | eCAST Settlement Corporation, assignee of GE Money Bank JC Penney Consumer POB 35480 Newark, NJ 07193-5480 | Unsecured | | $1,809.44 | $0.00 | $1,809.44 |
| 000015 070 7100-00 | eCAST Settlement Corporation, assignee of Citibank USA, N.A. HOME DEPOT POB 35480 Newark, NJ 07193-5480 | Unsecured | | $1,711.68 | $0.00 | $1,711.68 |
| 000016 070 7100-00 | eCAST Settlement Corporation, assignee of GE Money Bank Lowe's Visa Platinum POB 35480 Newark, NJ 07193-5480 | Unsecured | | $2,327.88 | $0.00 | $2,327.88 |
| 000017 070 7100-00 | Rockford Postal Employees Credit Union 5608 N. 2nd St. Loves Park, IL 61111 | Unsecured | | $40,490.83 | $0.00 | $40,490.83 |

CREGISTRUST Form 101-7-TFR (10/1/2010) (Page: 7)    Printed: 02/17/11 12:31 PM    Ver: 16.01c

**EXHIBIT C**
**ANALYSIS OF CLAIMS REGISTER**

Case Number: 10-70582
Debtor Name: BRANTNER, MARTIN D
Page 3
Claim Class Sequence
Date: February 17, 2011

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000018 070 7100-00 | Chase Bank USA,N.A c/o Creditors Bankruptcy Service P O Box 740933 Dallas,Tx 75374 | Unsecured | | $274.14 | $0.00 | $274.14 |
| 000019 070 7100-00 | Nicor Gas PO Box 549 Aurora IL 60507 | Unsecured | | $564.24 | $0.00 | $564.24 |
| 000020 070 7100-00 | Citicorp Trust Bank P O Box 140489 Irving TX 75014-0489 | Unsecured | | $2,223.18 | $0.00 | $2,223.18 |
| 000021 070 7100-00 | Citicorp Trust Bank P O Box 140489 Irving TX 75014-0489 | Unsecured | | $4,172.50 | $0.00 | $4,172.50 |
| 000022 070 7100-00 | Mutual Management Services P.O. Box 4777 401 East State Stret 2nd Floor Rockford, IL 61110 | Unsecured | | $2,831.37 | $0.00 | $2,831.37 |
| | Case Totals: | | | $81,928.94 | $0.00 | $81,928.94 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-70582
Case Name: BRANTNER, MARTIN D
BRANTNER, NADEAN C
Trustee Name: DANIEL M. DONAHUE

Balance on hand                                $         10,500.83

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 1,800.08 | $ 0.00 | $ 1,800.08 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 3,213.00 | $ 0.00 | $ 3,213.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 77.00 | $ 0.00 | $ 77.00 |

Total to be paid for chapter 7 administrative expenses    $    5,090.08
Remaining Balance                                         $    5,410.75

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 78,638.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Roundup Funding, LLC | $ 4,135.39 | $ 0.00 | $ 284.54 |
| 000002 | Roundup Funding, LLC | $ 3,450.83 | $ 0.00 | $ 237.43 |
| 000003 | eCAST Settlement Corporation, assignee | $ 829.74 | $ 0.00 | $ 57.09 |
| 000004 | eCAST Settlement Corporation, assignee | $ 874.14 | $ 0.00 | $ 60.15 |
| 000005 | eCAST Settlement Corporation, assignee | $ 1,031.44 | $ 0.00 | $ 70.97 |
| 000006 | eCAST Settlement Corporation, assignee | $ 598.57 | $ 0.00 | $ 41.18 |
| 000007 | eCAST Settlement Corporation, assignee | $ 705.10 | $ 0.00 | $ 48.51 |
| 000008 | eCAST Settlement Corporation, assignee | $ 1,600.91 | $ 0.00 | $ 110.15 |
| 000009 | eCAST Settlement Corporation, assignee | $ 891.84 | $ 0.00 | $ 61.36 |
| 000010 | eCAST Settlement Corporation, assignee | $ 1,966.08 | $ 0.00 | $ 135.28 |
| 000011 | eCAST Settlement Corporation, assignee | $ 1,192.63 | $ 0.00 | $ 82.06 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | eCAST Settlement Corporation, assignee | $ 4,154.40 | $ 0.00 | $ 285.84 |
| 000013 | eCAST Settlement Corporation, assignee | $ 802.61 | $ 0.00 | $ 55.22 |
| 000014 | eCAST Settlement Corporation, assignee | $ 1,809.44 | $ 0.00 | $ 124.50 |
| 000015 | eCAST Settlement Corporation, assignee | $ 1,711.68 | $ 0.00 | $ 117.77 |
| 000016 | eCAST Settlement Corporation, assignee | $ 2,327.88 | $ 0.00 | $ 160.17 |
| 000017 | Rockford Postal Employees Credit Union | $ 40,490.83 | $ 0.00 | $ 2,785.97 |
| 000018 | Chase Bank USA, N.A | $ 274.14 | $ 0.00 | $ 18.87 |
| 000019 | Nicor Gas | $ 564.24 | $ 0.00 | $ 38.82 |
| 000020 | Citicorp Trust Bank | $ 2,223.18 | $ 0.00 | $ 152.97 |
| 000021 | Citicorp Trust Bank | $ 4,172.50 | $ 0.00 | $ 287.09 |
| 000022 | Mutual Management Services | $ 2,831.37 | $ 0.00 | $ 194.81 |

Total to be paid to timely general unsecured creditors     $     5,410.75

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

## Summary of Professional Fees

| Professional | | Previous Allowances | Pending Applications | Total Fees And Expenses |
|---|---|---|---|---|
| **Trustee's Attorney** | | | | |
| McGreevy Williams | *Fees* | $0.00 | $3,213.00 | $3,213.00 |
| | *Expenses* | $0.00 | $77.00 | $77.00 |
| **Trustee's Accountants** | | | | |
| None | *Fees* | $0.00 | $0.00 | $0.00 |
| | *Expenses* | $0.00 | $0.00 | $0.00 |
| **Other Professionals** | | | | |
| None | *Fees* | $0.00 | $0.00 | $0.00 |
| | *Expenses* | $0.00 | $0.00 | $0.00 |
| **Totals** | *Fees* | $0.00 | $3,213.00 | $3,213.00 |
| | *Expenses* | $0.00 | $77.00 | $77.00 |
| | | $0.00 | $3,290.00 | $3,290.00 |

**Exhibit G**