UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| BRANTNER, MARTIN D | § | Case No. 10-70582 |
| BRANTNER, NADEAN C | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 03/28/2011 in Courtroom 115,
      United States Courthouse
      211 S. Court St.
      Rockford, IL 61101
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____      By: /s/ Daniel M. Donahue _____
                               Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| BRANTNER, MARTIN D | § | Case No. 10-70582 |
| BRANTNER, NADEAN C | § | |
| | § | |
| Debtor(s) | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 10,500.83 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 10,500.83 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: DANIEL M. DONAHUE | $ 1,800.08 | $ 0.00 | $ 1,800.08 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 3,213.00 | $ 0.00 | $ 3,213.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 77.00 | $ 0.00 | $ 77.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 5,090.08 |
| Remaining Balance | | $ | 5,410.75 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 78,638.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Roundup Funding, LLC | $ 4,135.39 | $ 0.00 | $ 284.54 |
| 000002 | Roundup Funding, LLC | $ 3,450.83 | $ 0.00 | $ 237.43 |
| 000003 | eCAST Settlement Corporation, assignee | $ 829.74 | $ 0.00 | $ 57.09 |
| 000004 | eCAST Settlement Corporation, assignee | $ 874.14 | $ 0.00 | $ 60.15 |
| 000005 | eCAST Settlement Corporation, assignee | $ 1,031.44 | $ 0.00 | $ 70.97 |
| 000006 | eCAST Settlement Corporation, assignee | $ 598.57 | $ 0.00 | $ 41.18 |
| 000007 | eCAST Settlement Corporation, assignee | $ 705.10 | $ 0.00 | $ 48.51 |
| 000008 | eCAST Settlement Corporation, assignee | $ 1,600.91 | $ 0.00 | $ 110.15 |
| 000009 | eCAST Settlement Corporation, assignee | $ 891.84 | $ 0.00 | $ 61.36 |
| 000010 | eCAST Settlement Corporation, assignee | $ 1,966.08 | $ 0.00 | $ 135.28 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | eCAST Settlement Corporation, assignee | $ 1,192.63 | $ 0.00 | $ 82.06 |
| 000012 | eCAST Settlement Corporation, assignee | $ 4,154.40 | $ 0.00 | $ 285.84 |
| 000013 | eCAST Settlement Corporation, assignee | $ 802.61 | $ 0.00 | $ 55.22 |
| 000014 | eCAST Settlement Corporation, assignee | $ 1,809.44 | $ 0.00 | $ 124.50 |
| 000015 | eCAST Settlement Corporation, assignee | $ 1,711.68 | $ 0.00 | $ 117.77 |
| 000016 | eCAST Settlement Corporation, assignee | $ 2,327.88 | $ 0.00 | $ 160.17 |
| 000017 | Rockford Postal Employees Credit Union | $ 40,490.83 | $ 0.00 | $ 2,785.97 |
| 000018 | Chase Bank USA,N.A | $ 274.14 | $ 0.00 | $ 18.87 |
| 000019 | Nicor Gas | $ 564.24 | $ 0.00 | $ 38.82 |
| 000020 | Citicorp Trust Bank | $ 2,223.18 | $ 0.00 | $ 152.97 |
| 000021 | Citicorp Trust Bank | $ 4,172.50 | $ 0.00 | $ 287.09 |
| 000022 | Mutual Management Services | $ 2,831.37 | $ 0.00 | $ 194.81 |

Total to be paid to timely general unsecured creditors     $     5,410.75

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Daniel M. Donahue
Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                          Case No. 10-70582-MB
Martin D Brantner                                               Chapter 7
Nadean C Brantner
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0752-3          User: lorsmith               Page 1 of 3                 Date Rcvd: Mar 04, 2011
                              Form ID: pdf006              Total Noticed: 85


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 06, 2011.
db/jdb    +Martin D Brantner,    Nadean C Brantner,    2497 E. Water Road,    Byron, IL 61010-9607
aty        Daniel M Donahue,    P. O. Box 2903,    Rockford, IL 61132-2903
aty       +Linda Godfrey,    475 Executive Parkway,    Rockford, IL 61107-6629
tr         Daniel Donahue,    P O Box 2903,    Rockford, IL 61132-2903
15089783  +A Law Office of Crosby,    & Associates PC,    475 Executive Parkway,    Rockford, IL 61107-6629
15089786   Allied Business Accounts, Inc.,    P.O. Box 1600,    Clinton, IA 52733-1600
15089787   AlliedInterstate Inc.,    P.O. Box 369008,    Columbus, OH 43236-9008
15089788   American Ent,    W129n11040,    Washington Drive,    Germantown, WI 53022
15089789  +American Enterprises I,    W129n11040 Washington Dr,    Germantown, WI 53022-4451
15089794  +Bergners,    P. O. Box 80026,    Salinas, CA 93912
15089781  +Brantner Martin D,    2497 E Water Road,    Byron, IL 61010-9607
15089782  +Brantner Nadean C,    2497 E Water Road,    Byron, IL 61010-9607
15089795  +Byron Bank,    200 N Walnut St,    Byron, IL 61010-8803
15089796  +Byron Bk,    200 N Walnut,    Byron, IL 61010-8803
15089802   CFI Resort Management Inc.,    2801 Old Winter Garden Road,    Ocoee, FL 34761-2965
15089803   CFI Resort Management Inc.,    Westgate Resorts,    2801 Old Winter Garden Road,
            Ocoee, FL 34761-2965
15089847  ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
            WILMINGTON DE 19801-2920
           (address filed with court: Wash Mutual/providian,    Po Box 9180,    Pleasanton, CA 94566)
15089797  +Cap One,    Po Box 85520,    Richmond, VA 23285-5520
15089798   Capital One Bank,    P.O. Box 5394,    Carol Stream, IL 60197-5294
15089799   Capital One Bk,    P.O. Box 5294,    Carol Stream, IL 60197-5294
15089800  +Carrington Mortgage Se,    1610 E Saint Andrew Pl,    Santa Ana, CA 92705-4931
15089801  +Cassiday Schade LLp,    120 West State Street,    Rockford, IL 61101-1125
15089804  +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
15089805  +Chase - Cc,    Attn: Bankruptcy Dept.,    P.O. Box 15298,    Wilmington, DE 19850-5298
16514316  +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
15089806  +Citgo Oil/citibank,    Po Box 6497,    Sioux Falls, SD 57117-6497
15089807  +Citibank Usa,    Po Box 6497,    Sioux Falls, SD 57117-6497
16532594   Citicorp Trust Bank,    P O Box 140489,    Irving TX 75014-0489
15089808  +Citifinancial Retail S,    Po Box 22066,    Tempe, AZ 85285-2066
15089809  +Countrywide Home Lending,    450 American St Credit Reporting S,    Simi Valley, CA 93065-6285
15089812  +Euro-Tech, Inc.,    313 W. Irving Park Road,    Bensenville, IL 60106-2113
15089814  +FMS Inc,    4915 South Union Avenue,    Tulsa, OK 74107-7839
15089813  +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
15089815  +Ge Moneybank,    4246 South Riverbo Suite 200,    Salt Lake City, UT 84123-2582
15089817  +Gemb/kmrchds,    Po Box 981439,    El Paso, TX 79998-1439
15089819  +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
15089820  +Hsbc/brgnr,    Pob 15521,    Wilmington, DE 19850-5521
15089821  +Hsbc/rs,    Pob 15521,    Wilmington, DE 19850-5521
15089822   I.C. SYSTEM, INC.,    444 Highway 96 East, P.O. Box 64887,    St. Paul, MN 55164-0887
15089823   International Collection Agency LLC,    P O Box 692715,    Orlando, FL 32869-2715
15089827  +LTD Financial Serevices,    7322 Southwest Freeway, Suite 1600,    Houston, TX 77074-2053
15089826  +Lane Bryant,    450 Winks Lane,    Bensalem, PA 19020-5932
15089828  +Meyer & Njus, P.A.,    134 N. LaSalle Street, Suite 1840,    Chicago, IL 60602-1100
15089829  +Mutual Management,    401 E State St,    Rockford, IL 61104-1027
15089830  +Mutual Management Services,    P.O. Box 4777,    401 East State Stret 2nd Floor,
            Rockford, IL 61104-1027
15089831  +N.C.A. Financial, Inc.,    1731 Howe Ave., Suite 254,    Sacramento, CA 95825-2209
15089834  +Paul S. Godlewski,    One Court Place, Suite 103,    Rockford, IL 61101-1088
15089836  +Rkfdpostalcu,    5608 N. 2nd St. Ste #1,    Loves Park, IL 61111-4684
15089837  +Robert Rocha,    PO Box 428,    Roscoe, IL 61073-0428
16404484  +Rockford Postal Employees Credit Union,    c/o Attorney Paul S. Godlewski,
            One Court Place, Suite 103,    Rockford, IL 61101-1088
15089840  +Sears/cbsd,    8725 W Sahara Ave Mc 02/02/03,    The Lakes, NV 89163-0001
15089842   Swedish Amernice Mgnt Services,    2550 Charles Street, P.O. Box 1567,    Rockford, IL 61110-0067
15089843  +Target Nb,    Po Box 673,    Minneapolis, MN 55440-0673
15089844  +The Stillman Valley Na,    101 E Main St,    Stillman Valley, IL 61084-9027
15089845   Union Plus Credit Card,    PO Box 17051,    Baltimore, MD 21297-1051
15089846  +Us Bank Home Mortgage,    4801 Frederica St,    Owensboro, KY 42301-7441
15089848   Wells Fargo Financial Bank,    P.O. Box 5943,    Sioux Falls, SD 57117-5943
15089849   Westgate Branson Woods Owners Assoc. Inc,    2801 Old Winter Garden Road,    Ocoee, FL 34761-2965
15089850   Westgate Resorts,    2801 Old Winter Garden Road,    Ocoee, FL 34761-2965
15089851  +Wf Fin Bank,    Po Box 5943,    Sioux Falls, SD 57117-5943
15089852  +Wffinancial,    4920 E State St,    Rockford, IL 61108-2272
15089853  +Wfnnb/american,    4590 E Broad St,    Columbus, OH 43213-1301
15089854  +Wfnnb/lane Bryant,    4590 E Broad St,    Columbus, OH 43213-1301
15200563   eCAST Settlement Corporation,    POB 35480,    Newark NJ 07193-5480
16371346   eCAST Settlement Corporation, assignee,    of Capital One Bank,    POB 35480,
            Newark, NJ 07193-5480
16371419   eCAST Settlement Corporation, assignee,    of Citibank USA, N.A. HOME DEPOT,    POB 35480,
            Newark, NJ 07193-5480
```

```
District/off: 0752-3          User: lorsmith              Page 2 of 3                  Date Rcvd: Mar 04, 2011
                              Form ID: pdf006             Total Noticed: 85

16371417      eCAST Settlement Corporation, assignee,   of GE Money Bank JC Penney Consumer,   POB 35480,
               Newark, NJ 07193-5480
16371420      eCAST Settlement Corporation, assignee,   of GE Money Bank Lowe's Visa Platinum,   POB 35480,
               Newark, NJ 07193-5480
16371349      eCAST Settlement Corporation, assignee,   of GE Money Bank Sam's Club,   POB 35480,
               Newark, NJ 07193-5480
16371347      eCAST Settlement Corporation, assignee,   of HSBC Bank Nevada and its Assigns,   POB 35480,
               Newark, NJ 07193-5480
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15089785     +E-mail/PDF: recoverybankruptcy@afninet.com Mar 05 2011 00:27:36     Afni, Inc.,   404 Brock Drive,
               Bloomington, IL 61701-2654
15089790     +Fax: 800-506-0586 Mar 04 2011 23:07:03      Amerifirst Hm Iprvt Fi,   4405 S 96th St,
               Omaha, NE 68127-1210
15149142     +E-mail/Text: ligaya.palermo@broadviewsecurity.com Mar 04 2011 22:52:37     Broadview Security,
               8880 Esters Blvd,   Irving TX 75063-2419
15089810     +E-mail/Text: DSTAFFORD@CREDITORSPROTECTION.COM Mar 04 2011 22:51:30     Creditors Pr,
               206 W State St,   Rockford, IL 61101-1112
15089811     +E-mail/Text: DSTAFFORD@CREDITORSPROTECTION.COM Mar 04 2011 22:51:30     Creditors Protection S,
               202 W State St Ste 300,   Rockford, IL 61101-1163
15089816     +E-mail/PDF: gecsedi@recoverycorp.com Mar 05 2011 01:18:39     Gemb/jcp,   Po Box 984100,
               El Paso, TX 79998-4100
15089818     +E-mail/PDF: gecsedi@recoverycorp.com Mar 05 2011 01:30:05     Gemb/lowes Dc,   Po Box 981416,
               El Paso, TX 79998-1416
15089824     +E-mail/PDF: gecsedi@recoverycorp.com Mar 05 2011 01:30:05     Jc Penney,   Po Box 981402,
               El Paso, TX 79998-1402
15089825     +E-mail/PDF: cr-bankruptcy@kohls.com Mar 05 2011 01:17:48     Kohls/chase,
               N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
16515986     +E-mail/Text: bankrup@nicor.com Mar 04 2011 22:50:31     Nicor Gas,   PO Box 549,
               Aurora IL 60507-0549
15089833     +E-mail/Text: bankrup@nicor.com Mar 04 2011 22:50:31     Nicor Gas,   1844 Ferry Road,
               Naperville, IL 60563-9600
15089838     +E-mail/Text: lisa@RPECU.ORG Mar 04 2011 22:51:40     Rockford Postal Ecu,   5608 N 2nd St Ste 1,
               Loves Park, IL 61111-4683
16346413      E-mail/PDF: BNCEmails@blinellc.com Mar 05 2011 01:18:00     Roundup Funding, LLC,   MS 550,
               PO Box 91121,   Seattle, WA 98111-9221
15089839     +E-mail/PDF: gecsedi@recoverycorp.com Mar 05 2011 01:18:39     Sams Club,   Po Box 981400,
               El Paso, TX 79998-1400
15089841     +E-mail/Text: bkr@cardworks.com Mar 04 2011 22:51:50     Spiegel,
               Card Processing Ce P.o. Box 9204,   Old Bethpage, NY 11804-9004
                                                                                               TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          Daniel Donahue,   P O Box 2903,   Rockford, IL 61132-2903
15089793*    +Beneficial/household Finance,   Pob 1547,   Chesapeake, VA 23327-1547
16371389*     eCAST Settlement Corporation, assignee,   of GE Money Bank Sam's Club,   POB 35480,
               Newark, NJ 07193-5480
16371418*     eCAST Settlement Corporation, assignee,   of GE Money Bank JC Penney Consumer,   POB 35480,
               Newark, NJ 07193-5480
16371348*     eCAST Settlement Corporation, assignee,   of Capital One Bank,   POB 35480,
               Newark, NJ 07193-5480
16371390*     eCAST Settlement Corporation, assignee,   of Capital One Bank,   POB 35480,
               Newark, NJ 07193-5480
16371391*     eCAST Settlement Corporation, assignee,   of Capital One Bank,   POB 35480,
               Newark, NJ 07193-5480
16371393*     eCAST Settlement Corporation, assignee,   of HSBC Bank Nevada and its Assigns,   POB 35480,
               Newark, NJ 07193-5480
16371416*     eCAST Settlement Corporation, assignee,   of HSBC Bank Nevada and its Assigns,   POB 35480,
               Newark, NJ 07193-5480
16371392*     eCAST Settlement Corporation, assignee,   of HSBC Bank Nevada and its Assigns,   POB 35480,
               Newark, NJ 07193-5480
15089784     ##+Accounts Receivable Mg,   7507 N 2nd St Unit C,   Machesney Park, IL 61115-2867
15089791     ##+Ameriquest Mortgage,   10801 6th St,   Rancho Cucamonga, CA 91730-5977
15089792     ##+Beneficial/household Finance,   Po Box 1547,   Chesapeake, VA 23327-1547
15089832     ##+NCO FINANCIAL SYSTEMS INC.,   P.O. Box 61247 - Dept 64,   Virginia Beach, VA 23466-1247
15089835     ##+Physicians Immediate Care,   8103 Burden Road,   Machesney Park, IL 61115-8208
                                                                                               TOTALS: 0, * 10, ## 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-3           User: lorsmith              Page 3 of 3            Date Rcvd: Mar 04, 2011
                               Form ID: pdf006             Total Noticed: 85

               ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 06, 2011**                    **Signature:**    *Joseph Speetjens*