UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:            §
                  §
BRANTNER, MARTIN D    §    Case No. 10-70582
BRANTNER, NADEAN C    §
                  §
    Debtor(s)     §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 453,677.55 *(Without deducting any secured claims)* | Assets Exempt: 45,471.55 |
| Total Distributions to Claimants: 5,410.91 | Claims Discharged Without Payment: 159,363.60 |
| Total Expenses of Administration: 5,090.08 | |

3) Total gross receipts of $ 10,500.99 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 10,500.99 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $ 671,382.93 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | NA | 5,090.08 | 5,090.08 | 5,090.08 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 130,851.08 | 78,638.94 | 78,638.94 | 5,410.91 |
| **TOTAL DISBURSEMENTS** | $ 802,234.01 | $ 83,729.02 | $ 83,729.02 | $ 10,500.99 |

4) This case was originally filed under chapter 7 on 02/11/2010. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/31/2011      By:/s/DANIEL M. DONAHUE
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| College Bonds - Both for $5,000 each, maturity is | 1129-000 | 8,685.00 |
| Income Tax Refund | 1224-000 | 1,815.00 |
| Post-Petition Interest Deposits | 1270-000 | 0.99 |
| TOTAL GROSS RECEIPTS | | $ 10,500.99 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Beneficial/household Finance POB 1547 Chesapeake, VA 23327 | | 46,743.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Byron Bank 200 N Walnut St Byron, IL 61010 | | 16,398.00 | NA | NA | 0.00 |
| | Carrington Mortgage Se 1610 E Saint Andrew Pl Santa Ana, CA 92705 | | 561,740.14 | NA | NA | 0.00 |
| | Euro-Tech, Inc. 313 W. Irving Park Road Bensenville, IL 60106 | | 46,501.79 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 671,382.93 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | 2100-000 | NA | 1,800.08 | 1,800.08 | 1,800.08 |
| MCGREEVY WILLIAMS | 3110-000 | NA | 3,213.00 | 3,213.00 | 3,213.00 |
| MCGREEVY WILLIAMS | 3120-000 | NA | 77.00 | 77.00 | 77.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 5,090.08 | $ 5,090.08 | $ 5,090.08 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Afni, Inc. 404 Brock Drive Bloomington, IL 61702-3517 | | 132.07 | NA | NA | 0.00 |
| | Allied Business Accounts, Inc. P.O. Box 1600 Clinton, IA 52733-1600 | | 735.57 | NA | NA | 0.00 |
| | CFI Resort Management Inc. Westgate Resorts 2801 Old Winter Garden Road Ocoee, FL 34761-2965 | | 565.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cap One Po Box 85520 Richmond, VA 23285 | | 1,453.00 | NA | NA | 0.00 |
| | Cap One Po Box 85520 Richmond, VA 23285 | | 779.00 | NA | NA | 0.00 |
| | Chase - Cc Attn: Bankruptcy Dept. P.O. Box 15298 Wilmington, DE 19850 | | 2,215.00 | NA | NA | 0.00 |
| | Citgo Oil/citibank Po Box 6497 Sioux Falls, SD 57117 | | 606.00 | NA | NA | 0.00 |
| | Citifinancial Retail S Po Box 22066 Tempe, AZ 85285 | | 3,701.00 | NA | NA | 0.00 |
| | Citifinancial Retail S Po Box 22066 Tempe, AZ 85285 | | 2,015.00 | NA | NA | 0.00 |
| | FMS Inc 4915 South Union Avenue Tulsa, OK 74107 | | 3,153.64 | NA | NA | 0.00 |
| | Gemb/jcp Po Box 984100 El Paso, TX 79998 | | 1,643.00 | NA | NA | 0.00 |
| | Gemb/lowes Dc Po Box 981416 El Paso, TX 79998 | | 2,221.00 | NA | NA | 0.00 |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | 1,749.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | 1,135.00 | NA | NA | 0.00 |
| | Meyer & Njus, P.A. 134 N. LaSalle Street, Suite 1840 Chicago, IL 60602 | | 1,709.44 | NA | NA | 0.00 |
| | Mutual Management 401 E State St Rockford, IL 61104 | | 1,137.00 | NA | NA | 0.00 |
| | Mutual Management 401 E State St Rockford, IL 61104 | | 838.00 | NA | NA | 0.00 |
| | Mutual Management 401 E State St Rockford, IL 61104 | | 349.00 | NA | NA | 0.00 |
| | Mutual Management 401 E State St Rockford, IL 61104 | | 237.00 | NA | NA | 0.00 |
| | Physicians Immediate Care 8103 Burden Road Machesney Park, IL 61115 | | 137.00 | NA | NA | 0.00 |
| | Rockford Postal Ecu 5608 N 2nd St Ste 1 Loves Park, IL 61111 | | 16,265.00 | NA | NA | 0.00 |
| | Rockford Postal Ecu 5608 N 2nd St Ste 1 Loves Park, IL 61111 | | 11,418.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rockford Postal Ecu 5608 N 2nd St Ste 1 Loves Park, IL 61111 | | 7,735.00 | NA | NA | 0.00 |
| | Swedish Amernice Mgnt Services 2550 Charles Street, P.O. Box 1567 Rockford, IL 61110-0067 | | 30.00 | NA | NA | 0.00 |
| | Wash Mutual/providian Po Box 9180 Pleasanton, CA 94566 | | 1,170.00 | NA | NA | 0.00 |
| | Wells Fargo Financial Bank P.O. Box 5943 Sioux Falls, SD 57117-5943 | | 2,959.74 | NA | NA | 0.00 |
| | Westgate Branson Woods Owners Assoc. Inc 2801 Old Winter Garden Road Ocoee, FL 34761-2965 | | 781.11 | NA | NA | 0.00 |
| | Westgate Resorts 2801 Old Winter Garden Road Ocoee, FL 34761-2965 | | 16,000.00 | NA | NA | 0.00 |
| | Wf Fin Bank Po Box 5943 Sioux Falls, SD 57117 | | 3,266.00 | NA | NA | 0.00 |
| 000018 | CHASE BANK USA,N.A | 7100-000 | 480.00 | 274.14 | 274.14 | 18.87 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000020 | CITICORP TRUST BANK | 7100-000 | NA | 2,223.18 | 2,223.18 | 152.97 |
| 000021 | CITICORP TRUST BANK | 7100-000 | NA | 4,172.50 | 4,172.50 | 287.10 |
| 000003 | ECAST SETTLEMENT CORPORATION, ASSIG | 7100-000 | 664.20 | 829.74 | 829.74 | 57.09 |
| 000004 | ECAST SETTLEMENT CORPORATION, ASSIG | 7100-000 | 773.00 | 874.14 | 874.14 | 60.15 |
| 000005 | ECAST SETTLEMENT CORPORATION, ASSIG | 7100-000 | 851.52 | 1,031.44 | 1,031.44 | 70.97 |
| 000006 | ECAST SETTLEMENT CORPORATION, ASSIG | 7100-000 | 632.00 | 598.57 | 598.57 | 41.19 |
| 000007 | ECAST SETTLEMENT CORPORATION, ASSIG | 7100-000 | 517.00 | 705.10 | 705.10 | 48.52 |
| 000008 | ECAST SETTLEMENT CORPORATION, ASSIG | 7100-000 | 1,368.42 | 1,600.91 | 1,600.91 | 110.15 |
| 000009 | ECAST SETTLEMENT CORPORATION, ASSIG | 7100-000 | NA | 891.84 | 891.84 | 61.36 |
| 000010 | ECAST SETTLEMENT CORPORATION, ASSIG | 7100-000 | NA | 1,966.08 | 1,966.08 | 135.28 |
| 000011 | ECAST SETTLEMENT CORPORATION, ASSIG | 7100-000 | NA | 1,192.63 | 1,192.63 | 82.06 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000012 | ECAST SETTLEMENT CORPORATION, ASSIG | 7100-000 | 3,852.00 | 4,154.40 | 4,154.40 | 285.85 |
| 000013 | ECAST SETTLEMENT CORPORATION, ASSIG | 7100-000 | 713.00 | 802.61 | 802.61 | 55.23 |
| 000014 | ECAST SETTLEMENT CORPORATION, ASSIG | 7100-000 | NA | 1,809.44 | 1,809.44 | 124.50 |
| 000015 | ECAST SETTLEMENT CORPORATION, ASSIG | 7100-000 | NA | 1,711.68 | 1,711.68 | 117.78 |
| 000016 | ECAST SETTLEMENT CORPORATION, ASSIG | 7100-000 | 1,676.00 | 2,327.88 | 2,327.88 | 160.17 |
| 000022 | MUTUAL MANAGEMENT SERVICES | 7100-000 | 2,626.37 | 2,831.37 | 2,831.37 | 194.82 |
| 000019 | NICOR GAS | 7100-000 | 934.00 | 564.24 | 564.24 | 38.82 |
| 000017 | ROCKFORD POSTAL EMPLOYEES CREDIT UN | 7100-000 | 22,471.00 | 40,490.83 | 40,490.83 | 2,786.05 |
| 000001 | ROUNDUP FUNDING, LLC | 7100-000 | 3,976.00 | 4,135.39 | 4,135.39 | 284.54 |
| 000002 | ROUNDUP FUNDING, LLC | 7100-000 | 3,181.00 | 3,450.83 | 3,450.83 | 237.44 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 130,851.08 | $ 78,638.94 | $ 78,638.94 | $ 5,410.91 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-70582   MLB   Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | BRANTNER, MARTIN D | Date Filed (f) or Converted (c): | 02/11/10 (f) |
|  | BRANTNER, NADEAN C | 341(a) Meeting Date: | 03/18/10 |
| For Period Ending: | 05/31/11   (3rd reporting period for this case) | Claims Bar Date: | 01/26/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 27 Acres | 500.00 | 0.00 | DA | 0.00 | FA |
| 2. Primary Residence | 437,706.00 | 0.00 | DA | 0.00 | FA |
| 3. TimeShare (Surrendered) | Unknown | 0.00 | DA | 0.00 | FA |
| 4. Cash on Hand | 20.00 | 0.00 | DA | 0.00 | FA |
| 5. Checking Account Alpine Bank | 400.00 | 0.00 | DA | 0.00 | FA |
| 6. Checking Account # xxxx 442 Associated Bank | 500.00 | 0.00 | DA | 0.00 | FA |
| 7. Savings Account # 1891-01 Rockford Postal Credit U | 25.00 | 0.00 | DA | 0.00 | FA |
| 8. Misc. household goods and furnishings | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 9. Misc. Coin Collection | 350.00 | 0.00 | DA | 0.00 | FA |
| 10. Misc. Clothing | 500.00 | 0.00 | DA | 0.00 | FA |
| 11. Misc. Jewelry, i.e., Pearl Necklace, Wedding Rings | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 12. Guns. (2) 12 Gauge & 20 Gauge and Pistol | 500.00 | 0.00 | DA | 0.00 | FA |
| 13. Life Insurance Policy New York Life | 2,370.84 | 0.00 | DA | 0.00 | FA |
| 14. Retirement Account T RowePrice State of Illinois | 3,956.91 | 0.00 | DA | 0.00 | FA |
| 15. Stock Investment OppenheimerFunds | 173.80 | 0.00 | DA | 0.00 | FA |
| 16. College Bonds - Both for $5,000 each, maturity is | 10,000.00 | 8,685.00 |  | 8,685.00 | FA |
| 17. 1997 - Chevy Camaro | 2,175.00 | 0.00 | DA | 0.00 | FA |
| 18. Income Tax Refund (u) | 0.00 | 1,815.00 |  | 1,815.00 | FA |
| 19. Post-Petition Interest Deposits (u) | Unknown | 0.00 |  | 0.99 | FA |
| TOTALS (Excluding Unknown Values) | $463,677.55 | $10,500.00 |  | $10,500.99 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1
UST Form 101-7-TDR (10/1/2010) (Page: 11)

Ver: 16.02b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-70582  MLB  Judge: MANUEL BARBOSA | Trustee Name: DANIEL M. DONAHUE |
| Case Name: | BRANTNER, MARTIN D | Date Filed (f) or Converted (c): 02/11/10 (f) |
| | BRANTNER, NADEAN C | 341(a) Meeting Date: 03/18/10 |
| | | Claims Bar Date: 01/26/11 |

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR): 09/01/11    Current Projected Date of Final Report (TFR): 09/01/11

LFORM1
UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Ver: 16.02b

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit 9

| Case No: | 10-70582 -MLB | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- |
| Case Name: | BRANTNER, MARTIN D | Bank Name: | BANK OF AMERICA, N.A. |
| | BRANTNER, NADEAN C | Account Number / CD #: | *******3273  MONEY MARKET |
| Taxpayer ID No: | *******4729 | | |
| For Period Ending: | 05/31/11 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/26/10 | 16 | FIDELITY BROKERAGE SERVICES | | 1129-000 | 4,617.04 | | 4,617.04 |
| 10/26/10 | 16 | MARTIN & NADEAN BRANTNER | COLLEGE FUND | 1129-000 | 4,067.96 | | 8,685.00 |
| 10/26/10 | 18 | MARTIN & NADEAN BRANTNER | INCOME TAX REFUND | 1224-000 | 1,815.00 | | 10,500.00 |
| 10/29/10 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 10,500.02 |
| 11/30/10 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.27 | | 10,500.29 |
| 12/31/10 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.27 | | 10,500.56 |
| 01/31/11 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.27 | | 10,500.83 |
| 02/28/11 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,500.91 |
| 03/30/11 | 19 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.08 | | 10,500.99 |
| 03/30/11 | | Transfer to Acct #*******3422 | Final Posting Transfer | 9999-000 | | 10,500.99 | 0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 10,500.99 | 10,500.99 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 10,500.99 | |
| Subtotal | 10,500.99 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 10,500.99 | 0.00 | |

Page Subtotals   10,500.99   10,500.99

Ver: 16.02b

LFORM24  UST Form 101-7-TDR (10/1/2010) (Page 13)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit 9

| Case No: | 10-70582 -MLB | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- |
| Case Name: | BRANTNER, MARTIN D | Bank Name: | BANK OF AMERICA, N.A. |
| | BRANTNER, NADEAN C | Account Number / CD #: | *******3422 GENERAL CHECKING |
| Taxpayer ID No: | *******4729 | | |
| For Period Ending: | 05/31/11 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/30/11 | | Transfer from Acct #*******3273 | Transfer In From MMA Account | 9999-000 | 10,500.99 | | 10,500.99 |
| 03/30/11 | 000100 | DANIEL M. DONAHUE, TRUSTEE P.O. BOX 2903 ROCKFORD, IL 61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 1,800.08 | 8,700.91 |
| 03/30/11 | 000101 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 3,213.00 | 5,487.91 |
| 03/30/11 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 77.00 | 5,410.91 |
| 03/30/11 | 000103 | Roundup Funding, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | Claim 000001, Payment 6.9% | 7100-000 | | 284.54 | 5,126.37 |
| 03/30/11 | 000104 | Roundup Funding, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | Claim 000002, Payment 6.9% | 7100-000 | | 237.44 | 4,888.93 |
| 03/30/11 | 000105 | eCAST Settlement Corporation, assignee of Capital One Bank POB 35480 Newark, NJ 07193-5480 | Claim 000003, Payment 6.9% | 7100-000 | | 57.09 | 4,831.84 |
| 03/30/11 | 000106 | eCAST Settlement Corporation, assignee of HSBC Bank Nevada and its Assigns POB 35480 Newark, NJ 07193-5480 | Claim 000004, Payment 6.9% | 7100-000 | | 60.15 | 4,771.69 |
| 03/30/11 | 000107 | eCAST Settlement Corporation, assignee of Capital One Bank POB 35480 Newark, NJ 07193-5480 | Claim 000005, Payment 6.9% | 7100-000 | | 70.97 | 4,700.72 |
| 03/30/11 | 000108 | eCAST Settlement Corporation, assignee of GE Money Bank Sam's Club POB 35480 | Claim 000006, Payment 6.9% | 7100-000 | | 41.19 | 4,659.53 |

Page Subtotals       10,500.99       5,841.46

Ver 16 02b

LFORM24 UST Form 101-7-TDR (10/1/2010) (Page: 14)

Page: 3
Exhibit 9

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-70582 -MLB | Trustee Name: | DANIEL M DONAHUE |
| --- | --- | --- | --- |
| Case Name: | BRANTNER, MARTIN D | Bank Name: | BANK OF AMERICA, N.A. |
|  | BRANTNER, NADEAN C | Account Number / CD #: | *******3422 GENERAL CHECKING |
| Taxpayer ID No: | *******4729 |  |  |
| For Period Ending: | 05/31/11 | Blanket Bond (per case limit): | $ 1,500,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/30/11 | 000109 | eCAST Settlement Corporation, assignee of GE Money Bank Sam's Club POB 35480 Newark, NJ 07193-5480 | Claim 000007, Payment 6.9% | 7100-000 |  | 48.52 | 4,611.01 |
| 03/30/11 | 000110 | eCAST Settlement Corporation, assignee of Capital One Bank POB 35480 Newark, NJ 07193-5480 | Claim 000008, Payment 6.9% | 7100-000 |  | 110.15 | 4,500.86 |
| 03/30/11 | 000111 | eCAST Settlement Corporation, assignee of Capital One Bank POB 35480 Newark, NJ 07193-5480 | Claim 000009, Payment 6.9% | 7100-000 |  | 61.36 | 4,439.50 |
| 03/30/11 | 000112 | eCAST Settlement Corporation, assignee of HSBC Bank Nevada and its Assigns POB 35480 Newark, NJ 07193-5480 | Claim 000010, Payment 6.9% | 7100-000 |  | 135.28 | 4,304.22 |
| 03/30/11 | 000113 | eCAST Settlement Corporation, assignee of HSBC Bank Nevada and its Assigns POB 35480 Newark, NJ 07193-5480 | Claim 000011, Payment 6.9% | 7100-000 |  | 82.06 | 4,222.16 |
| 03/30/11 | 000114 | eCAST Settlement Corporation, assignee of HSBC Bank Nevada and its Assigns POB 35480 Newark, NJ 07193-5480 | Claim 000012, Payment 6.9% | 7100-000 |  | 285.85 | 3,936.31 |
| 03/30/11 | 000115 | eCAST Settlement Corporation, assignee of GE Money Bank JC Penney Consumer POB 35480 Newark, NJ 07193-5480 | Claim 000013, Payment 6.9% | 7100-000 |  | 55.23 | 3,881.08 |
| 03/30/11 | 000116 | eCAST Settlement Corporation, assignee | Claim 000014, Payment 6.9% | 7100-000 |  | 124.50 | 3,756.58 |

Page Subtotals         0.00         902.95

Ver. 16.02b

LFORM24   UST Form 101-7-TDR (10/1/2010) (Page: 15)

Page 4
Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-70582 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | BRANTNER, MARTIN D | Bank Name: | BANK OF AMERICA, N.A. |
| | BRANTNER, NADEAN C | Account Number / CD #: | *******3422 GENERAL CHECKING |
| Taxpayer ID No: | *******4729 | | |
| For Period Ending: | 05/31/11 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/30/11 | 000117 | of GE Money Bank JC Penney Consumer POB 35480 Newark, NJ 07193-5480 | Claim 000015, Payment 6.9% | 7100-000 | | 117.78 | 3,638.80 |
| 03/30/11 | 000118 | eCAST Settlement Corporation, assignee of Citibank USA, N.A. HOME DEPOT POB 35480 Newark, NJ 07193-5480 | Claim 000016, Payment 6.9% | 7100-000 | | 160.17 | 3,478.63 |
| 03/30/11 | 000119 | eCAST Settlement Corporation, assignee of GE Money Bank Lowe's Visa Platinum POB 35480 Newark, NJ 07193-5480 | Claim 000017, Payment 6.9% | 7100-000 | | 2,786.05 | 692.58 |
| 03/30/11 | 000120 | Rockford Postal Employees Credit Union 5608 N. 2nd St. Loves Park, IL 61111 | Claim 000018, Payment 6.9% | 7100-000 | | 18.87 | 673.71 |
| 03/30/11 | 000121 | Chase Bank USA,N.A c/o Creditors Bankruptcy Service P O Box 740933 Dallas,Tx 75374 | Claim 000019, Payment 6.9% | 7100-000 | | 38.82 | 634.89 |
| 03/30/11 | 000122 | Nicor Gas PO Box 549 Aurora IL 60507 | Claim 000020, Payment 6.9% | 7100-000 | | 152.97 | 481.92 |
| 03/30/11 | 000123 | Citicorp Trust Bank P O Box 140489 Irving TX 75014-0489 | Claim 000021, Payment 6.9% | 7100-000 | | 287.10 | 194.82 |
| 03/30/11 | 000124 | Citicorp Trust Bank P O Box 140489 Irving TX 75014-0489 | Claim 000022, Payment 6.9% | 7100-000 | | 194.82 | 0.00 |
| | | Mutual Management Services P.O. Box 4777 401 East State Stret 2nd Floor | | | | | |

Page Subtotals  0.00  3,756.58

Ver 16 02b

FORM 2
Page: 5
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD
Exhibit 9

| Case No: | 10-70582 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | BRANTNER, MARTIN D | Bank Name: | BANK OF AMERICA, N.A. |
|  | BRANTNER, NADEAN C | Account Number / CD #: | *******3422 GENERAL CHECKING |
| Taxpayer ID No: | *******4729 |  |  |
| For Period Ending: | 05/31/11 | Blanket Bond (per case limit): | $ 1,500,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  | Rockford, IL 61110 |  |  |  |  |  |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 10,500.99 | 10,500.99 | 0.00 |
| Less: Bank Transfers/CD's | 10,500.99 | 0.00 |  |
| Subtotal | 0.00 | 10,500.99 |  |
| Less: Payments to Debtors |  | 0.00 |  |
| Net | 0.00 | 10,500.99 |  |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS |  |  |  |
| MONEY MARKET - *******3273 | 10,500.99 | 0.00 | 0.00 |
| GENERAL CHECKING - *******3422 | 0.00 | 10,500.99 | 0.00 |
|  | 10,500.99 | 10,500.99 | 0.00 |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 16.02b

LFORM24 UST Form 101-7-TDR (10/1/2010) (Page: 17)

**Bank of America**

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS  75283-2406

Account Number    4437723422
01 01 148 06 M0000 E#    25
Last Statement:   03/31/2011
This Statement:   04/29/2011

ESTATE OF
BRANTNER, MARTIN D, DEBTOR
BRANTNER, NADEAN C, DEBTOR
DANIEL M. DONAHUE - TRUSTEE
10-70582
6735 VISTAGREEN WAY
ROCKFORD IL  61107

Customer Service
1-877-757-8233

Page    1 of    2

Bankruptcy Case Number: 1070582

## SPECIAL MARKETS CHECKING ACCOUNT

### Account Summary Information

| | | |
|---|---|---|
| Statement Period 04/01/2011 - 04/29/2011 | Statement Beginning Balance | 10,500.99 |
| Number of Deposits/Credits         0 | Amount of Deposits/Credits | .00 |
| Number of Checks                  25 | Amount of Checks | 10,500.99 |
| Number of Other Debits             0 | Amount of Other Debits | .00 |
| | Statement Ending Balance | .00 |
| Number of Enclosures              25 | | |
| | Service Charge | .00 |

### Withdrawals and Debits

Checks

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 100 | 1,800.08 | 04/01 | 9292858997 | 113 | 82.06 | 04/12 | 9092733881 |
| 101 | 3,213.00 | 04/01 | 9292858998 | 114 | 285.85 | 04/12 | 9092733882 |
| 102 | 77.00 | 04/01 | 9292858996 | 115 | 55.23 | 04/12 | 9092733883 |
| 103 | 284.54 | 04/12 | 9092183152 | 116 | 124.50 | 04/12 | 9092733884 |
| 104 | 237.44 | 04/12 | 9092183151 | 117 | 117.78 | 04/12 | 9092733885 |
| 105 | 57.09 | 04/12 | 9092733873 | 118 | 160.17 | 04/12 | 9092733886 |
| 106 | 60.15 | 04/12 | 9092733874 | 119 | 2,786.05 | 04/07 | 6392581238 |
| 107 | 70.97 | 04/12 | 9092733875 | 120 | 18.87 | 04/08 | 9030268491 |
| 108 | 41.19 | 04/12 | 9092733876 | 121 | 38.82 | 04/19 | 9092625546 |
| 109 | 48.52 | 04/12 | 9092733877 | 122 | 152.97 | 04/18 | 6992168576 |
| 110 | 110.15 | 04/12 | 9092733878 | 123 | 287.10 | 04/18 | 6992168575 |
| 111 | 61.36 | 04/12 | 9092733879 | 124 | 194.82 | 04/06 | 9292630640 |
| 112 | 135.28 | 04/12 | 9092733880 | | | | |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 03/31 | 10,500.99 | 10,500.99 | 04/12 | 478.89 | 478.89 |
| 04/01 | 5,410.91 | 5,410.91 | 04/18 | 38.82 | 38.82 |
| 04/06 | 5,216.09 | 5,216.09 | 04/19 | .00 | .00 |
| 04/07 | 2,430.04 | 2,430.04 | 04/29 | .00 | .00 |
| 04/08 | 2,411.17 | 2,411.17 | | | |

Recycled Paper